Commonwealth *v.* Keys, Appellant.

Argued November 13, 1973. *James H. Logan,* for appellant; *Richard Douglas Carleton,* with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The Commonwealth being in agreement, the conviction is affirmed and the record remanded for resentence under The Controlled Substance, Drug, Device and Cosmetic Act of 1972, 35 P.S.

§§780-101. See *Commonwealth v. Simpson*, 222 Pa. Superior Ct. 296, 294 A. 2d 805 (1972).

SPAULDING, J., absent.